Stanley Phan (SBN 221578)
Steve Huynh (SBN 265860)
PHAN LAW FIRM, INC.
2092 Concourse Drive, Suite 49
San Jose, CA 95131
(408) 232-4900
(408) 232-4904 Facsimile

Attorneys for Claimant:
Vu Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY $36,223<br>Defendants. | Case No.: 14-CV-03960-JCS<br><br>CLAIMANT'S VERIFIED CLAIM |

Claimant, Vu Nguyen by and through his undersigned counsel, makes claim on behalf of himself, to the property seized in the above referenced matter, and in support of such claim avers that he is the bailee of $35,000 such property by the bailors Kim Nguyen, Phuc Le, and Amy Le. The cash seized, approximately $36,223 (the "Cash Seized") are the combined funds belonging to Kim Nguyen ($9,000), Phuc Le ($10,000), Amy Le ($16,000), and himself ($1,223). The Cash Seized from Kim Nguyen, Phuc Le, and Amy Le, as bailors, was entrusted to Vu Nguyen, as bailee, for the purchase of salon chairs and beauty products.

Moreover, Claimant states that this claim is not frivolous.

Wherefore, Claimant demands restitution of the above property and his right to defend this action.

Steve Huynh
Phan Law Firm, Inc.
Attorneys for Claimant
Vu Nguyen

Vu Nguyen, being duly sworn, deposes and says:

I, have read the foregoing claim and know the contents thereof, and the same is true and correct to the best of my knowledge, information, and belief; the sources of my knowledge, information and belief is my personal involvement.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Los Angeles, California on October 6, 2014.

Vu Nguyen