UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $36,223 IN UNITED STATES CURRENCY,<br><br>    Defendant. | Case No. 14-cv-03960-YGR   (KAW)<br><br>**ORDER DENYING JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 22 |

On October 27, 2014, the above-captioned case was referred to the undersigned for a mandatory settlement conference to be held by no later than January 16, 2015. That settlement conference is currently scheduled to take place on January 7, 2015. On January 2, 2015, the parties filed a joint request to continue the January 7, 2015 settlement conference. The request is denied in light of the presiding judge's January 16, 2015 deadline. The parties are to appear as scheduled.

**IT IS SO ORDERED**.

Dated: 01/05/2015

KANDIS A. WESTMORE
United States Magistrate Judge