MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPROXIMATELY $36,223 IN UNITED ) <br> STATES CURRENCY, ) <br> Defendant. ) <br> ) | CASE NO. 14-CV-03960 YGR (KAW) <br> ORDER APPROVING SETTLEMENT AGREEMENT AND ENTERING ~~[PROPOSED]~~ ~~XXXXXXX~~ JUDGMENT OF FORFEITURE |

The parties stipulate and agree as follows:

1.    Plaintiff is the United States of America ("United States"). Defendant is approximately $36,322 in United States Currency seized on April 4, 2014 ("defendant currency" or the "defendant $36,322"). After proper notification and publication was given, Vu Nguyen was the only party to file a claim. The United States and Mr. Nguyen are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2.    The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied

SETTLEMENT AGREEMENT AND
~~[PROPOSED]~~ ~~XXXXXXX~~ JUDGMENT OF FORFEITURE

terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Settlement Agreement in lieu of continued protracted litigation and District Court adjudication.

      3.      This settlement is a compromise over disputed issues and does not constitute any admission of wrongdoing or liability by any party.

      4.      Mr. Nguyen asserts that he is the lawful bailee of the defendant currency.

      5.      The parties have agreed that the United States will return $18,111.50 of the defendant currency (and all interest accrued thereon, subject to any delinquent debts owed to any federal or state agencies) to claimant. The return of $18,111.50 shall be in full settlement and satisfaction of any and all claims by claimant, his heirs, representatives and assignees to the defendant currency. Claimant, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure of defendant currency and the facts alleged in the Complaint for Forfeiture filed on or about September 2, 2014.

      6.      Mr. Nguyen agrees that sufficient evidence exists to establish forfeiture of the remaining $18,111.50 of the defendant currency (plus all interest accrued on that amount) pursuant to Title 21, United States Code, Section 881(a)(6), and Mr. Nguyen consents to its forfeiture to the United States without further notice to him. Mr. Nguyen relinquishes all right, title and interest in $18,111.50 of the defendant currency and agrees that said currency shall be forfeited to the United States and disposed of according to law by the United States.

///
///
///
///
///
///

SETTLEMENT AGREEMENT AND
[PROPOSED] JUDGMENT OF FORFEITURE

7. The parties agree that each party shall pay its own attorneys' fees and costs.

8. Based on the foregoing Settlement Agreement between the United States and Mr. Nguyen, the Parties agree that, subject to the Court's approval, the proposed JUDGMENT OF FORFEITURE which is submitted with this Settlement Agreement be entered and that this action be and hereby is DISMISSED.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: 1/6/15

DAVID COUNTRYMAN
Assistant United States Attorney

Dated: 1/5/15

VU NGUYEN
Claimant

Dated: 1/5/2015

STEVE HUYNH, ESQ.
Attorney for Vu Nguyen

## ~~PROPOSED~~ JUDGMENT OF FORFEITURE

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this __6th__ day of __January__, 2015,

ORDERED, ADJUDGED AND DECREED that $18,111.50 of the defendant currency be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED.

The United States will return $18,111.50 of the defendant currency to claimant Vu Nguyen.

IT IS SO ORDERED.

HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

SETTLEMENT AGREEMENT AND
~~PROPOSED~~ JUDGMENT OF FORFEITURE